OF THE

CRAIG A. KARSNITZ,
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DE 19947
TELEPHONE (302) 856-5263

March 4, 2020

Tyrone Majette
SBI# 7344147
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: *State of Delaware v. Tyrone Majette,* Cr. Nos. 1304020306 & 1301018022
(R-4)

Dear Mr. Majette:

On February 7, 2020, you filed your fourth motion for postconviction relief under Superior Court Rule Criminal Rule 61 with respect to the above-referenced matters.

Superior Court Criminal Rule 61(d)(2) provides:

"A second or subsequent motion under this rule shall be summarily dismissed, unless the movant was convicted after a trial and the motion either: (i) pleads with particularity that new evidence exists that creates a strong inference that the movant is actually innocent in fact of the acts underlying the charges of which he was convicted; or (ii) pleads with particularity a claim that a new rule of constitutional law, made retroactive to cases on collateral review by the United States Supreme Court or the Delaware Supreme Court, applies to the movant's case and renders the conviction or death sentence invalid."

You have failed to meet these Rule 61 standards. Your motion for postconviction relief is procedurally barred. Therefore, your Rule 61 Motion must be **DENIED** as procedurally barred.

**IT IS SO ORDERED**.

Very truly yours,

Craig A. Karsnitz

cc:     Prothonotary's Office
        Department of Justice

FILED PROTHONOTARY
SUSSEX COUNTY
2020 MAR -4 A 10: 21

2